THE STATE OF KANSAS v. LOUIS N. WELLS.

PROSECUTION under ch. 128, Laws of 1881. The information charges that —

"On the 30th day of April, 1882, in the county of Smith, and state of Kansas, one Louis N. Wells, who was a practicing physician, did then and there unlawfully and willfully prescribe vinous, fermented, and other intoxicating liquors, and that the intoxicating liquors prescribed as aforesaid were not prescribed in cases of actual sickness, and were not necessary for the health of any patient or person for whose benefit they were so prescribed, and were not in the judgment of said Louis N. Wells necessary for any remedy."

Brown, *Trustee*, v. Mabbett.

Trial at the May Term, 1882, of the district court, when the defendant was found guilty, and sentenced to pay a fine of $150, and the costs, taxed at $144.10.   *Wells* appeals.

*Webb McNall, Uhl & Pickler,* and *W. R. Myers,* for appellant.

*A. M. Corn,* county attorney, for The State.

*Per Curiam:* This is an appeal by the defendant from a verdict and judgment in a criminal prosecution.   No brief has been filed by either party in this court.   We have examined the record, and from such examination we are of the opinion that no material error, affecting prejudicially the substantial rights of the defendant, has been committed.   The judgment of the court below will therefore be affirmed.